# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS GREER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-14-972-R |
| ) | |
| JANET DOWLING, ) | |
| ) | |
| Respondent. ) | |

## REPORT AND RECOMMENDATION

Petitioner Thomas Greer, a state prisoner appearing pro se, has filed a motion for leave to proceed *in forma pauperis*, a supporting affidavit, and a certified statement showing the amount of money he has in his institutional accounts (Doc. Nos. 7, 8, 8-1). This matter has been referred to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b). Having reviewed the motion, the undersigned finds that Mr. Greer has a current available balance of $398.80 in his institutional account, which is sufficient to prepay the $5.00 filing fee in this petition for a writ of habeas corpus.

Because Mr. Greer has not demonstrated an inability to prepay the filing fee, the undersigned recommends that the District Judge:

(1)   deny the motion for leave to proceed *in forma pauperis* (Doc. Nos. 7, 8);

(2)   order Mr. Greer to pay the full $5.00 filing fee within 21 days of any order adopting this Report and Recommendation, *see* Rules 3(a), 12 of the Rules

Governing Section 2254 Cases in the United States District Courts; LCvR 3.2, 3.3(e); and

(3) dismiss the action without prejudice to refiling if Mr. Greer fails to timely pay the filing fee to the Clerk of this Court, or to show good cause for the failure to do so, within 21 days of any order adopting this Report and Recommendation, s*ee* LCvR 3.3(e).

## NOTICE OF RIGHT TO OBJECT

Petitioner is advised of his right to file an objection to this Report and Recommendation with the Clerk of this Court by November 13, 2014, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72. Petitioner is further advised that failure to timely object to this Report and Recommendation waives the right to appellate review of both factual and legal issues contained herein. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This report and recommendation does not terminate the referral.

ENTERED this 23rd day of October, 2014.

_____
CHARLES B. GOODWIN
UNITED STATES MAGISTRATE JUDGE