IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THOMAS GREER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-14-972-R |
| | ) | |
| JANET DOWLING, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin. Doc. No. 10. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. However, on November 12, 2014, Petitioner paid the $5.00 filing fee. Therefore, the Report and Recommendation is ADOPTED to the extent that the Motions for leave to proceed *in formas pauperis* [Doc. Nos. 7 & 8] are denied. This matter is re-referred to Judge Goodwin for further proceedings in accordance with the original referral entered September 11, 2014.

IT IS SO ORDERED this 13th day of November, 2014.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1