IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS GREER, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-14-972-R |
| JASON BRYANT, | ) |
| Respondent. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin entered June 25, 2015 [Doc. No. 14]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the Petition for Writ of Habeas Corpus is DISMISSED.

It is so ordered this 27th day of July, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE